**U.S. District Court [LIVE]**
**Western District of Texas (Midland)**
**CIVIL DOCKET FOR CASE #: 7:19−cv−00033−DC−RCG**

| | |
|---|---|
| Franklin v. SB Southern Welding, LLC et al | Date Filed: 02/01/2019 |
| Assigned to: Judge David Counts | Jury Demand: None |
| Referred to: Judge Ronald C. Griffin | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Denial of Overtime Compensation | Jurisdiction: Federal Question |

**Plaintiff**

**David Franklin**  represented by  **Andrew W. Dunlap**
*Individually And For All Others Similarly*  Josephson Dunlap Law Firm
*Situated*  11 Greenway Plaza, Suite 3050
 Houston, TX 77046
 713−352−1100
 Fax: 713−352−3300
 Email: Adunlap@mybackwages.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Michael A. Josephson**
 Josephson Dunlap Law Firm
 11 Greenway Plaza, Suite 3050
 Houston, TX 77046
 713−352−1100
 Fax: 713−352−3300
 Email: mjosephson@mybackwages.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Richard J. Burch**
 Bruckner Burch PLLC
 8 Greenway Plaza
 Suite 1500
 Houston, TX 77046
 (713) 877−8788
 Fax: (713) 877−8065
 Email: rburch@brucknerburch.com
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SB Southern Welding, LLC**

**Defendant**

**Shane Boston**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 02/01/2019 | 1 | COMPLAINT (Filing fee $400 receipt number 0542-11915289) No Summons requested at this time, filed by David Franklin. (Attachments: # 1 Civil Cover Sheet)(Burch, Richard) (Entered: 02/01/2019) |
| 02/01/2019 | | Case assigned to Judge David Counts. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lw) (Entered: 02/04/2019) |
| 02/13/2019 | 6 | ORDER REFERRING CASE to Magistrate Judge Ronald C. Griffin. Signed by Judge David Counts. (jk) (Entered: 02/18/2019) |
| 02/15/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by David Franklin. (Burch, Richard) (Entered: 02/15/2019) |
| 02/15/2019 | 3 | Certificate of Interested Parties by David Franklin. (Burch, Richard) (Entered: 02/15/2019) |
| 02/18/2019 | 4 | Summons Issued as to SB Southern Welding, LLC. (jk) (Entered: 02/18/2019) |
| 02/18/2019 | 5 | Summons Issued as to Shane Boston. (jk) (Entered: 02/18/2019) |
| 02/22/2019 | 7 | NOTICE of Attorney Appearance by Michael A. Josephson on behalf of David Franklin . Attorney Michael A. Josephson added to party David Franklin (pty:pla) (Josephson, Michael) (Entered: 02/22/2019) |
| 02/22/2019 | 8 | NOTICE of Attorney Appearance by Andrew W. Dunlap on behalf of David Franklin . Attorney Andrew W. Dunlap added to party David Franklin (pty:pla) (Dunlap, Andrew) (Entered: 02/22/2019) |
| 04/30/2019 | 9 | MOTION to Substitute *Service* by David Franklin. (Attachments: # 1 Exhibit 1 – Affidavit of Service, # 2 Exhibit 2 – Affidavit of Service, # 3 Exhibit 3 – Affidavit of Service, # 4 Exhibit 4 – Affidavit of Service, # 5 Proposed Order). Motions referred to Judge Ronald C. Griffin. (Burch, Richard) (Entered: 04/30/2019) |
| 05/03/2019 | 10 | ORDER SUA SPONTE TRANSFERRING CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION. Signed by Judge David Counts. (se) (Entered: 05/06/2019) |
| 05/03/2019 | 11 | FINAL ORDER OF TRANSFER. Signed by Judge David Counts. (se) (Entered: 05/06/2019) |